UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE SEALS,

    Plaintiff,

v.                                        Case No. 20-11272

WAYNE COUNTY EMPLOYEES'      Sean F. Cox
RETIREMENT SYSTEM,               United States District Court Judge

    Defendant.
_____/

## JUDGMENT – JURY VERDICT

On September 29, 2023, the jury has rendered a verdict in the amount of $180,000.00 payable to Plaintiff DWAYNE SEALS with costs, attorneys' fees and interest to be assessed if applicable.

IT IS SO ORDERED.

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: September 29, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 29, 2023, by electronic and/or ordinary mail.

                                                s/Jennifer McCoy
                                                Case Manager